ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 SEP -2 P 2: 12
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LINDA J. PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 307-053 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the final decision of the Commissioner is **REVERSED**, and this case is **REMANDED** for further consideration by the Commissioner consistent with this opinion.

SO ORDERED this _____ day of ___Sept___, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE